UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID DRUMMOND,  )<br>  )<br>       Petitioner,  )<br>v.  )  No. 1:07-cv-908-RLY-TAB<br>  )<br>STANLEY KNIGHT,  )<br>  )<br>       Respondent.  ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 12/18/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

David Drummond
#114102
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

pamela.moran@atg.in.gov